25 F.3d 974
 In the Matter of the Complaint of BOCA GRANDE CLUB, INC.,
for exoneration from or limitation of liability as owner of
a 16' Prindle catamaran sailing vessel hull no.
SUR06214M82E, Plaintiff-Counterclaim Defendant-Counterclaim
Plaintiff-Appellee,
v.
Alan POLACKWICH, Robert Polackwich, Jonathan Richards,
Alphonsus J. Polackwich and Eleanor A. Polackwich,
Defendants-Counterclaim Plaintiffs,
Stephanie Polackwich, as personal representative of the
Estate of Jonathan Richards,
Defendant-Counterclaim
Plaintiff-Crossclaim Defendant,
O'Day Corporation, Defendant-Counterclaim
Plaintiff-Crossclaim Plaintiff-Crossclaim Defendant,
Florida Power & Light Company, Inc., Defendant-Counterclaim
Plaintiff-Crossclaim Defendant-Crossclaim
Plaintiff-Counterclaim Defendant-Appellant.
 No. 92-2391.
 United States Court of Appeals,
Eleventh Circuit.
 July 12, 1994.
 
 Stuart C. Markman, Kynes & Markman, Tampa, FL, for appellant.
 Jack C. Rinard, David F. Pope, Tampa, FL, for appellee.
 Appeal from the United States District Court Middle District of Florida. (No. 88-1636-CIV-T-15A), William J. Castagna, Judge.
 ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES
 Before TJOFLAT, Chief Judge, CARNES, Circuit Judge, and BRIGHT*, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 In light of the Supreme Court's holding in this case, Boca Grande Club, Inc. v. Florida Power & Light Co., Inc., --- U.S. ----, 114 S.Ct. 1472, 128 L.Ed.2d 165 (1994), that "actions for contribution against settling defendants are neither necessary nor permitted," we find that Florida Power & Light may not pursue its claim for contribution against Boca Grande Club, Inc. ("Boca Grande"). Accordingly, we AFFIRM the district court's grant of summary judgment in favor of Boca Grande.
 
 
 2
 IT IS SO ORDERED.
 
 
 
 *
 Honorable Myron H. Bright, Senior U.S. Circuit Judge for the Eighth Circuit, sitting by designation